UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CARL KELLY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WARDEN OF SALINAS VALLEY STATE PRISON, et al.,<br><br>　　　　　Defendants. | Case No. 22-cv-02647-JST<br><br>**ORDER OF DISMISSAL** |

Plaintiff filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983, along with a request for leave to proceed *in forma pauperis*. ECF Nos. 1, 2. On July 14, 2022, the Court denied Plaintiff's request for leave to proceed *in forma pauperis* pursuant to the three-strikes provision set forth in 28 U.S.C. 1915. ECF No. 7. The Court ordered Plaintiff to pay the filing and administrative fees in full by August 11, 2022 if he wished to proceed with this action. ECF No. 7. The deadline has passed, but Plaintiff has not paid the filing fee. The Court therefore DISMISSES this action for failure to pay the filing fee in full. This dismissal is without prejudice to reopening, but any request to reopen must be accompanied by the full filing and administrative fees. The Clerk is directed to enter judgment in favor of Defendants and against Plaintiff, terminate all pending motions as moot, and close the case.

**IT IS SO ORDERED.**

Dated: August 17, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge